1  YOUR NAME CARL A. BENSON
2  YOUR ADDRESS 4240 FELTON ST #23
   YOUR TELEPHONE NUMBER (909) 702-6312 / (619) 646-2168

FILED
08 JAN 31
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

CARL A. BENSON )
               )
         -v-   )   '08 CV 0192 LAB AJB
ROSS & CRISTAL )
DRESS 4 ARRENDONDO )   Case No. _____
LESS           )   (To be assigned at time of filing)
               )
               )   COMPLAINT FOR (Brief description of document)
               )   Differential Treatment

Plaintiff alleges: From approx. Sept 15, 2007 to approx Nov 25, 2007 I was subjected to differential treatment. I was hired on April 2, 2007, I was employed as a Door Agent earning $8.50 per hour.

I believe I was discriminated against when subjected to differential treatment because of my race (African American) and I now seek the assistance of the court in the pursuit of compensation for backpay & compensation for damages, I base my belief on the following attached page

::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

# EMPLOYMENT

**COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT**

DFEH # _____

EEOC # _____

If dual-filed with EEOC, this form may be affected by the Privacy Act of 1974.

CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING and EEOC

COMPLAINANT'S NAME (indicate Mr. or Ms.)
**BENSON, CARL ALEXANDER (MR)**

ADDRESS
**4240 FELTON ST. #23**

CELL TELEPHONE NUMBER (INCLUDE AREA CODE)
**(909) 702-6312**

| CITY | STATE | ZIP | COUNTY | COUNTY CODE |
|---|---|---|---|---|
| SAN DIEGO, CA 92104 | | | SAN DIEGO | 073 |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME
**ROSS DRESS 4 LESS**

ADDRESS
**4444 CAMINO DE LA PLAZA**

TELEPHONE NUMBER (INCLUDE AREA CODE)
**(619) 662-0545**

| CITY | STATE | ZIP | COUNTY | COUNTY CODE |
|---|---|---|---|---|
| SAN YSIDRO | CA | 92173 | SAN DIEGO | 073 |

CAUSE OF DISCRIMINATION BASED ON (CHECK APPROPRIATE BOX[ES])
[X] RACE  [ ] SEX  [ ] DISABILITY  [ ] RELIGION  [ ] NATIONAL ORIGIN/ANCESTRY  [ ] DENIAL OF FAMILY/MEDICAL LEAVE  [ ] SEXUAL ORIENTATION
[ ] COLOR  [ ] AGE  [ ] MARITAL STATUS  [ ] MEDICAL CONDITION (cancer or genetic characteristics)  [ ] OTHER (SPECIFY) _____

NO. OF EMPLOYEES/MEMBERS: **150**

DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year): **October 25, 2007**

RESPONDENT CODE: **56**

THE PARTICULARS ARE:

I. From on or about September 15, 2007, to on or about November 25, 2007, I was subjected to differential treatment. I was hired on April 2, 2007. I was employed as a Door Agent earning $8.50 an hour.

II. I believe I was discriminated against when subjected to differential treatment because of my Race (African-American). I base my belief on the following:

A. From on or September 15, 2007, to on or about November 25, 2007, I was given less hours than the Mexican Door Agents. (Names on file with the Department of Fair Employment and Housing [DFEH].) There was no legitimate business reason for this action.

B. On November 7, 2007, Assistant Manager Ericka Perez and Store Manager Cristal Arredondo wrote me up for having extended conversations with customers. I am aware of Mexican Door Agents (names on file with the DFEH) who would have extended conversations with customers and were not written up.

[X] I also want this charge filed with the Federal Equal Employment Opportunity Commission (EEOC).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated **Dec 4, 2007**
At **San Diego CA.**
City

COMPLAINANT'S SIGNATURE: *Carl A. Benson*

**RECEIVED**
DEC 4 2007
STATE OF CALIFORNIA
SAN DIEGO DISTRICT OFFICE

DFEH-300-01 (12/99)   SD:DG:af
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING
DATE FILED: December 4, 2007

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** CARL A. BENSON

**DEFENDANTS** ROSS DRESS 4 LESS CRISTAL ARREDONDO

(b) County of Residence of First Listed Plaintiff SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant SAN DIEGO
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number) N/A

Attorneys (If Known) N/A

'08 CV 0192 LAB AJB

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | PERSONAL PROPERTY | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☒ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 42 USCA § 2000e-2(a)(1)
Brief description of cause: DIFFERENTIAL TREATMENT

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ BACK PAY/DAMAGES
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE Jan 28, 2007
SIGNATURE OF ATTORNEY OF RECORD Carl C. Benson

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____