FILED
08 JAN 31 PM 3:36
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CARL A. BENSON

v.

ROSS DRESS 4 LESS

)
)
)
)
)
)
)
)
)
)
)

'08 CV 0192 LAB AJB

Civil No.

REQUEST FOR APPOINTMENT OF COUNSEL UNDER THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. 2000e 5(f)(1); DECLARATION IN SUPPORT OF REQUEST

1. I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

    (A.) my claim is meritorious (that is, I have a good case), and

    B. I have made a reasonably diligent effort to obtain counsel, and

    C. I am unable to find an attorney willing to represent me on terms that I can afford.

2. A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3. A. Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

    ___ Yes     _X_ No

IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B AND C.

  B. Do you question the correctness of the Commission's "no reasonable cause" determination?

  ____ Yes  __✗__ No

  C.  If you answered "yes" to question 3B, what are your reasons for questioning the Commission's determination?  <u>Be specific and support your objections with fact.  Do not simply repeat the allegations made in your complaint; the court will review your complaint in considering this request for counsel</u>.

(Attach additional sheets as needed)

| | |
|---|---|
| 1 | 4. Have you talked with any attorney about handling your claim? |
| 2 | ____ Yes   __X__ No |
| 3 | If "YES," give the following information about <u>each</u> attorney with whom you talked: |
| 4 | Attorney: _____ |
| 5 | When: _____ |
| 6 | Where: _____ |
| 7 | How (by telephone, in person, etc.): _____ |
| 8 | Why attorney was not employed to handle your claim: _____ |
| 9 | _____ |
| 10 | _____ |
| 11 | |
| 12 | Attorney: _____ |
| 13 | When: _____ |
| 14 | Where: _____ |
| 15 | How (by telephone, in person, etc.): _____ |
| 16 | Why attorney was not employed to handle your claim: |
| 17 | _____ |
| 18 | _____ |
| 19 | |
| 20 | Attorney: _____ |
| 21 | When: _____ |
| 22 | Where: _____ |
| 23 | How (by telephone, in person, etc.): _____ |
| 24 | Why attorney was not employed to handle your claim: |
| 25 | _____ |
| 26 | _____ |
| 27 | _____ |
| 28 | (Attach additional sheets as needed) |

5. Explain any other efforts you have made to contact an attorney to handle your claim: N/A

6. Give any other information which supports your application for the court to appoint an attorney for you: I have already made (1) one mistakes by closing the case before findings were submitted. After I read a pamphlet given to me by the D.o.F.E.H, I don't want to make anymore so as to respectfully not waste the courts time and effort to rectify the matter.

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose: N/A

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

    A.    <u>Employment</u>

Are you employed now?   ___ yes   X no   ___ am self-employed

Name and address of employer:

1   If employed, how much do you earn per month? **N/A**
2   If not employed, give month and year of last employment: **JAN, 11 2008**
3   How much did you earn per month in your last employment? **$750.00**
4   If married, is your spouse employed? ___ yes ___ no
5   If "YES," how much does your spouse earn per month? _____ /
6   If you are a minor under age 21, what is your parents' or guardians' approximate monthly
7   income? _____

9       B.      Assets
10              (i)     Other Income
11   Have you received within the past 12 months any income from a business, profession or other
12   form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity
13   payments or other sources? ___ yes **✓** no
14      If "YES," give the amount received and identify the sources:
15              $ Received                              Source
16   _____          _____
17   _____          _____
18   _____          _____
19   _____          _____
20   _____          _____
21   _____          _____
22   _____          _____

28   (Attach additional sheets as necessary)

      (ii)   Cash

Have you any cash on hand or money in savings or checking accounts? ✓ yes ___ no

If "YES," state total amount: $155.00

      (iii)   Property

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ___ yes ✗ no

If "YES," give value and describe it:

| Value | Description |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

C.   Obligations and Debts

      (i)   Dependents

Your marital state is: ✗ single ___ married ___ widowed, separated or divorced.

Your total number of dependents is: 0

List those person you actually support, your relationship to them, and your monthly contribution to their support:

| Name/Relationship | Monthly Support Payment |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

(ii)   Debts and Monthly Bills

List all creditors, including banks, loan companies and charge accounts, etc.

| Creditor | Total Debt | Monthly Payment |
|---|---|---|

Rent: N/A

Mortgage on Home:

Others:

9.   Signature

I declare under penalty of perjury that the above is true and correct.

Dated: Jan 28, 2008

Carl A. Benson
Signature

(Notarization is not required)

---

7