UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
08 FEB 22 AM 8:37
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____

*This space for Clerk's Office File Stamp*

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE  Burns
FROM: C Puttmann, Deputy Clerk   RECEIVED DATE: 2/19/2008
CASE NO.: 08cv192 LAB AJB   DOCUMENT FILED BY: Plaintiff
CASE TITLE: Benson v. Ross Dress 4 Less et al
DOCUMENT ENTITLED: Letter

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☒ | | OTHER: Ex Parte Communication not permitted |

Date forwarded: 2/19/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: **LARRY ALAN BURNS**
U.S. DISTRICT JUDGE

Dated: 2/20/08    By: MDM/LC
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

**REJECTED**

To whom it may concern; and to,

The Honorable Judge Larry Alan Burns

I would like to offer my sincerest apology for the misinterpretation & improper submission of my initial paperwork & complaint inclosed you will find all information pertaining to this case including Right to Sue notices from the D.F.E.H. & the E.E.O.C. as well

The fact that you have ruled not in favor of myself the plantiff because of improper submission can't be helped, but thank you for explaining why. I honestly believe that without a doubt when presented with the facts and evidence, that being medical records statements, & employment records it will undoubtedly prove my accusations to have lucidity & be verifiable

Respectfully Submitted

Carl A. Benson