UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

*This space for Clerk's Office File Stamp*

FILED
08 FEB 22 AM 8:41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
Burns
DEPUTY

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE
FROM: C Puttmann,     Deputy Clerk     RECEIVED DATE: 2/19/2007
CASE NO.: 08cv192     DOCUMENT FILED BY: Plaintiff
CASE TITLE: Benson v. Ross Dress 4 Less et al
DOCUMENT ENTITLED: First Amended Complaint

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☒ | 5.3 | Document illegible or submitted on thermal facsimile paper *(Exhibits are originals and some are printed on colored paper or are carbon-less copies.)* |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☒ | | OTHER: Lacks signature page - *See F.R.C.P. 11.* |

*No proof of service (See order issued Feb. 6, 2008 at page 5, lines 6-8.)*
*(An unsigned waiver of service is included.)*

Date forwarded: 2/19/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.     Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: **LARRY ALAN BURNS**
~~U.S. DISTRICT JUDGE~~

Dated: 2/20/08     By: MDM/LC
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

**REJECTED**

1  YOUR NAME CARL BENSON
2  YOUR ADDRESS 4240 Felton St #23
   YOUR TELEPHONE NUMBER (619) 646 5239

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

CARL BENSON

ROSS -v- CRISTAL
DRESS   ARREDONDO
4
LESS

Case No. 08 cv 192-LAB(AJB)
(To be assigned at time of filing)

(1st) Amended Complaint

COMPLAINT FOR (Brief description of document)

Plaintiff alleges: From Approx. Sept 15, 2007 to Approx Nov 25 2007 I subjected to differential treatment, I was hired on April 2, 2007 & was employed as a door Agent earning 8.50 per hr.
I believe I was discriminated against when subjected to differential treatment because of my Race (African American) and Now seek assistance from the United States District Court in the pursuit of Justice for compensation for financial & mental damages

::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)