# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Carl A. Benson | COURT CASE NUMBER: 08 cv 192 LAB (AJB) |
| DEFENDANT: Ross Dress 4 Less / Cristal Arrendondo | TYPE OF PROCESS: Summons & Cmplt |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Ross Dress 4 Less / Cristal Arrendondo

**AT** ADDRESS: 4444 Camino De La Plaza, San Ysidro CA. 92173

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Carl A Benson
4240 Felton St
San Diego CA. 92104

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

N/A

[Received stamp: 2008 FEB 19, U.S. Marshal, Southern Dist. CA]

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
Carl A. Benson
TELEPHONE NUMBER: (619) 646-5239
DATE: 2/11/08

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 98 | 98 | Abbott | 2/19/08 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Erika Perez Manager

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 2/21/08   Time: 10:00 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

---

PRIOR EDITIONS MAY BE USED      **1. CLERK OF THE COURT**      FORM USM-285 (Rev. 12/15/80)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Carl A. Benson

vs

Ross Dress 4 Less;
Cristal Arrendondo

**SUMMONS IN A CIVIL ACTION**

Case No.    08cv0192-LAB(AJB)

TO: (Name and Address of Defendant)

Ross Dress 4 Less;
Cristal Arrendondo
4444 Caminio De La Plaza Rd.
San Ysidro CA. 92173

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Carl A. Benson

4240 Felton st. #23
San Diego, CA. 92104

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                                February 6, 2008
Clerk of Court                                         DATE
s/V. Perez
By, Deputy Clerk

AO 440 (Rev 5/85) Summons in a Civil Action