# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 130 North Brand Boulevard, Glendale, California 91203.

On March 12, 2008, I served the foregoing document described as: **DEFENDANTS' ANSWER TO COMPLAINT** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Carl A. Benson (Pro Se)
4240 Felson Street
# 23
San Diego, California 92104

XXX (BY MAIL) as follows: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit of mailing in affidavit.

___ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee(s).

___ (BY OVERNIGHT COURIER) I caused to be delivered via overnight courier to the offices of the addressee(s).

___ (BY FACSIMILE) I faxed the above-document to the addressee at (310) 792-7459.

___ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

XXX (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 12, 2008, at Glendale, California.

VILMA R. GOMEZ-ESPINOZA                    /s/ Vilma Gomez-Espinoza

**DEFENDANTS' ANSWER TO COMPLAINT**                         08cv0192