cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. BENSON,<br><br>        Plaintiff,<br>v.<br><br>ROSS DRESS 4 LESS; CRISTAL ARRENDONDO,<br><br>        Defendants. | Civil No.08cv0192 LAB (AJB)<br><br>ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE; SETTING SETTLEMENT DISPOSITION CONFERENCE |

The Court has been advised by counsel for defendant that this case has settled. Accordingly, the April 24, 2008, Early Neutral Evaluation Conference is hereby vacated. Accordingly, a telephonic Settlement Disposition Conference will be held *May 23, 2008*, at *9:00 a.m.* in the chambers of Magistrate Judge Battaglia. Counsel for defendant shall initiate the conference call. Counsel and all parties shall appear by phone unless a Joint Motion for Dismissal has been lodged with Judge Burns' chambers and Judge Battaglia's chambers so notified prior to the conference.

IT IS SO ORDERED.

DATED: April 21, 2008

                                                  _____
                                                  Hon. Anthony J. Battaglia
                                                  U.S. Magistrate Judge
                                                  United States District Court