1  GREGORY D. WOLFLICK, SB# 108699
   DAVID B. SIMPSON, SB# 106326
2  WOLFLICK & SIMPSON
   130 North Brand Boulevard
3     Suite 410
   Glendale, California  91203
4  Telephone:  (818) 243-8300
   Facsimile:  (818) 243-0122
5
   Attorneys for Defendants
6  ROSS DRESS FOR LESS, INC., and
   CRISTAL ARRENDONDO
7

8

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11

12
   CARL A. BENSON,                    )   CASE NO.: 08cv0192-LAB (AJB)
13                                     )
              Plaintiff,              )
14                                     )
       vs.                            )   STIPULATED
15                                     )   DISMISSAL   WITH   PREJUDICE;
   ROSS  DRESS  4  LESS;  CRISTAL )   AND ORDER THEREON
16 ARREDONDO,                          )        [FRCP 41]
                                       )
17            Defendants.             )
   _____ )
18

19

20

21

22
          Pursuant FRCP 41, Plaintiff CARL A. BENSON and Defendants ROSS DRESS
23
   FOR LESS, INC. (erroneously sued herein as Ross Dress 4 Less) and CRISTAL
24
   ARREDONDO, hereby stipulate, and by this Stipulation request the Court's approval,
25
   to the following:
26

27

28
                                         1

          STIPULATED DISMISSAL WITH PREJUDICE;  AND ORDER THEREON

1      1.  Plaintiff CARL A. BENSON hereby dismisses with prejudice his entire action, as

2  to all parties and all claims.

3      2.  All parties agree to pay for their own costs and/or attorneys fees.

DATED: April 28, 2008     BY: _____
                                 CARL A. BENSON
                                 Plaintiff

WOLFLICK & SIMPSON

DATED: April 28 2008     BY:_____
                                   DAVID B. SIMPSON
                                 Attorneys for Defendants
                    ROSS DRESS FOR LESS, INC., and
                         CRISTAL ARRENDONDO

**IT IS SO ORDERED.**

Dated: _____       _____
                                   United States District Court

2

**STIPULATED DISMISSAL WITH PREJUDICE;  AND ORDER THEREON**

08cv0192

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 130 North Brand Boulevard, Glendale, California 91203.

     On *April 29, 2008*, I served the foregoing document described as: **STIPULATED DISMISSAL WITH PREJUDICE; AND ORDER THEREON** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Carl A. Benson (Pro Se)
4240 Felson Street
  # 23
San Diego, California 92104

XXX  (BY MAIL) as follows: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit of mailing in affidavit.

\_\_\_  (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee(s).

\_\_\_  (BY OVERNIGHT COURIER) I caused to be delivered via overnight courier to the offices of the addressee(s).

\_\_\_  (BY FACSIMILE) I faxed the above-document to the addressee at (310) 792-7459.

\_\_\_  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

XXX  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on *April 29 2008*, at Glendale, California.

_____
VILMA R. GOMEZ-ESPINOZA

3

**STIPULATED DISMISSAL WITH PREJUDICE; AND ORDER THEREON**

08cv0192