# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. BENSON,<br><br>                               Plaintiff,<br>vs.<br>ROSS DRESS 4 LESS; CRISTAL ARRENDONDO,<br><br>                               Defendant. | CASE NO. 08cv192-LAB (AJB)<br><br>**ORDER OF DISMISSAL** |

On May 19, 2008, the parties jointly moved to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a). This action is therefore **DISMISSED WITH PREJUDICE** in its entirety. The parties shall each bear their own costs and attorneys' fees.

**IT IS SO ORDERED**.

DATED: May 21, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge